UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20287-CR-COHN

UNITED STATES OF AMERICA

vs.

ALONZO LAMONT SHULER,

    Defendant.
_____/

### FACTUAL PROFFER

  The United States of America and Defendant Alonzo Lamont Shuler ("Defendant") agree that had this case proceeded to trial, the United States would prove beyond a reasonable doubt the following facts, among others, which occurred in the Southern District of Florida.

  On or about April 29, 2021, Defendant walked into a branch of TD Bank, a federally insured institution, in North Miami, Florida. Defendant approached the teller and passed her a note that said, "I have a gun in my waistband, be calm, empty out the register, no one will get hurt." Frightened, the teller handed Defendant approximately $3,120 in United States currency, inside of which she hid a GPS beacon. Surveillance video from inside the TD Bank branch captured the robbery.

  A bank employee called the City of North Miami Police Department ("CNMPD"), who followed the GPS beacon and located Defendant. CNMPD officers searched Defendant's person, where they found the GPS beacon and approximately $3,000 in United States currency. CNMPD officers brought Defendant to the bank, and the teller identified Defendant as the person who had approached her and passed her the note. In a post-*Miranda* interview, Defendant admitted that he had robbed the bank and that he was the person in the surveillance video.

The information contained in this proffer is not a complete recitation of all the facts and circumstances of this case, but the parties admit that it is sufficient to prove beyond a reasonable doubt a violation of Title 18, United States Code, Section 2113(a), that is, bank robbery, as charged in the Indictment.

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

Date: September 7, 2021  By: _____
JONATHAN R. BAILYN
ASSISTANT UNITED STATES ATTORNEY

Date: 9/8/21  By: _____
JAN CHRISTOPHER SMITH, II
ATTORNEY FOR DEFENDANT

Date: 9/8/21  By: _____
ALONZO LAMONT SHULER
DEFENDANT

2